# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| NOOR AQA BAQERI,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>Respondents. | 5:26-cv-730 |

**ORDER**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and states that he has been Immigration and Customs Enforcement's ("ICE") custody since January 2025. Dkt. No. 1 at 1. Petitioner is being detained based on 8 U.S.C. § 1231(a)(6) under a final order of removal. Dkt. No. 8 at 1-2. Petitioner asserts that he cannot be removed to his native country (Afghanistan) and there is no significant likelihood of removal to a third country in the reasonably foreseeable future. Dkt. No. 1 at 2; Dkt No. 4 at 2. Thus, Petitioner seeks his release from ICE detention. Dkt. No. 1 at 2.

Warden-Respondent recognizes that Petitioner has been in ICE's custody for longer than the six-month presumptively reasonable period of § 1231(a). See Dkt. No. 8 at 1-2 (noting Petitioner has been detained since January 2025 and under a final order of removal since October 2025 and Petitioner filed his

Petition on June 5, 2026). Warden-Respondent also represents that he "has no good-faith basis to proceed with a Motion to Dismiss[,]" as Brazil "is no longer a likely option for removal in the reasonably foreseeable future[.]" Id. at 1. In addition, Warden-Respondent states there has been "no further progress toward[]" having Petitioner removed to Afghanistan. Id. at 2. Thus, Petitioner has moved for judgment on the pleadings. Dkt. No. 9.

Petitioner has been in ICE detention longer than the presumptively reasonable period, and it is not disputed that there is no significant likelihood of Petitioner's removal in the reasonably foreseeable future. Thus, the Court **GRANTS in part** Petitioner's § 2241 Petition and **ORDERS** the Warden-Respondent to release Petitioner from custody as quickly as possible, but no later than within seven (7) days of this Order. The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment. I **DENY as moot** Petitioner's Motion for Judgment on the Pleadings. Dkt. No. 9.

**SO ORDERED**, this 14 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA